1  DAVID J. KAMINSKI. (State Bar No. 128509)
   CARLSON & MESSER LLP
2  5959 W. Century Boulevard, Suite 1214
   Los Angeles, California 90045
3  (310) 242-2200 Telephone
   (310) 242-2222 Facsimile
4  kaminskid@cmtlaw.com

5  Attorneys for Defendant, PAUL LAW OFFICES

6

7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10                           SACRAMENTO DIVISION

11 JAMES CASTLEMAN and SUZANNE      )   CASE NO. 08-CV-01803-LKK-GGH
   CASTLEMAN-CUMMINGS,              )
12                                  )   **STIPULATION BETWEEN PLAINTIFFS**
              Plaintiffs,           )   **AND DEFENDANT PAUL LAW OFFICES**
13                                  )   **TO SET ASIDE DEFAULT; ORDER**
       vs.                          )
14                                  )
   PAUL LAW OFFICES,                )
15                                  )
              Defendant.            )
16                                  )
                                    )
17

18      It is hereby stipulated between Plaintiffs, James Castleman and Suzanne Castleman-

19 Cummings through their counsel of record, Krohn & Moss Ltd., and by Defendant, Paul Law

20 Offices, through its counsel Carlson & Messer LLP, as follows:

21      1.      On or about September 11, 2008, Plaintiffs filed an "Application for Entry of

22 Default" against Defendant, Paul Law Offices. On or about September 12, 2008, the United States

23 District Court for the Eastern District of California entered Default against Defendant, Paul Law

24 Offices.

25      2.      The parties stipulate and agree that there is good cause to set aside the default in the

26 captioned matter because it resulted from the excusable neglect of the person responsible for

27 handling the matter at Paul Law Offices. The person handling the matter was unexpectedly called

28 away for an extended period of time due to a sudden life-threatening medical condition in his

05796.00/147927                          1                STIPULATION TO SET ASIDE ENTRY OF DEFAULT

immediate family.  As a result, Paul Law Offices did not respond to the complaint and became aware of the mistake only after receipt of the Application for Entry of Default on September 14, 2008.

3. Since that time, Paul Law Offices and counsel for Plaintiffs have been working to try to resolve this matter, and settlement negotiations are ongoing.

4. Pursuant to agreement by the parties and based upon good cause, the subject Default should be set aside, and Defendant, Paul Law Offices, shall be permitted to respond to the Complaint on file herein so that the case can be resolved on the merits.

Dated: October 2, 2008            Respectfully submitted,


                                  By    /s/
                                  Nicholas J. Bontrager
                                  KROHN & MOSS, LTD.
                                  Attorneys for Plaintiffs,
                                  JAMES CASTLEMAN and SUZANNE
                                  CASTLEMAN-CUMMINGS


DATED:  October 6, 2008           Respectfully submitted,


                                  By    /s/
                                  David J. Kaminski
                                  CARLSON & MESSER LLP
                                  Attorneys for Defendant,
                                  PAUL LAW OFFICES


**IT IS SO ORDERED:**


Dated:   October 6, 2008.

                                  [signature]
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT