1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10                                   SACRAMENTO DIVISION

11   JAMES CASTLEMAN and SUZANNE            )   CASE NO. 08-CV-01803-LKK-GGH
     CASTLEMAN-CUMMINGS,                    )
12                                          )   **District Judge: Lawrence K. Karlton**
                   Plaintiffs,              )
13                                          )   **ORDER RE DISMISSAL OF**
            vs.                             )   **ENTIRE ACTION AND ALL PARTIES**
14                                          )   **WITH PREJUDICE**
     PAUL LAW OFFICES,                      )
15                                          )   **FILED CONCURRENTLY WITH**
                   Defendant.               )   **STIPULATION RE DISMISSAL OF**
16                                          )   **ENTIRE ACTION AND ALL PARTIES,**
                                            )   **WITH PREJUDICE]**
17                                          )
                                            )
18                                          )   **Magistrate Judge: Hon. Gregory G. Hollows**
                                            )
19                                          )
20   ───────────────────────────────────── )

21

22          The Court has reviewed the Stipulation of Plaintiffs JAMES CASTLEMAN

23   AND SUZANNE CASTLEMAN-CUMMINGS, and Defendant PAUL LAW

24   OFFICES to dismiss with prejudice the above-entitled action, in its entirety.

25   Pursuant to the Stipulation between the parties, the Court orders as follows:

26   / / /

27   / / /

28
     ─────────────────────────────────────────────────────────────────────────
     05796:00:157181                    **1**        **[PROPOSED] ORDER RE STIPULATION**
                                                     **RE DISMISSAL OF ENTIRE ACTION**

                                                              08-CV-01803-LKK-GGH

1       1.    That the above-entitled lawsuit is hereby dismissed, with prejudice,

2  pursuant to FRCP 41(a)(1).  Each party shall bear their own costs and expenses.

3       The Court shall retain jurisdiction solely for settlement enforcement purposes.

4                      **IT IS SO ORDERED**

6  DATED:   September 14, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT